IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

CHRISTOPHER GOODVINE,

        Plaintiff,

v.

DR. SULIENE, LORI ALSUM, JOHN and,
JANE DOES 1-5, BRETT SUTTON, GLENN
BENNETT, DR. SCHWEBKE, DR. VOSS,
DR. TOBIASZ, DR. BAIRD, DR. KALLAS,
CYNTHIA THORPE, WARDEN GRAMS, RICK
RAEMISCH, OFFICER ARMSON, OFFICER
CHICANOWICZ and DR. MAIER,

        Defendants.

ORDER

11-cv-007-wmc

---

In this transferred case from the Eastern District of Wisconsin, Plaintiff Christopher Goodvine has filed a motion to correct the record. In his motion, plaintiff says that there should be exhibits attached to docket 3 in support of his motion for preliminary injunction (dkt. 2), and yet there are no exhibits attached. Plaintiff requests that the court obtain and docket exhibits A through E, which are attached to his original complaint in case number 10-cv-993 filed in the Eastern District of Wisconsin. Plaintiff's motion will be granted.

ORDER

IT IS ORDERED that clerk of court shall obtain and docket in this case exhibits A through E from plaintiff's original complaint in case number 10-cv-993 from the Eastern District of Wisconsin.

Entered this 22nd day of February, 2011.

BY THE COURT:

/s/

STEPHEN L. CROCKER
Magistrate Judge